UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABM INDUSTRIES, INC. and AMPCO SYSTEM PARKING,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY et al.,<br><br>Defendants. | Case No. C 05 3480 SBA<br><br>[PROPOSED] ORDER EXTENDING DEADLINE FOR CONDUCTING ENE SESSION |

The parties having moved pursuant to stipulation for an order extending the deadline for conducting the Early Neutral Evaluation session ordered by the Court, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for conducting the Early Neutral Evaluation session in this case is extended to May 5, 2006.

*Sandra B. Armstrong*
United States District Judge

1  Case No. C 05 3480 SBA
ORDER EXTENDING DEADLINE CONDUCTING ENE SESSION

SF/1320676v1