# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1600 MARKET STREET ■ SUITE 2500 ■ PHILADELPHIA, PA 19103
TELEPHONE: 267-216-2700 ■ FAX: 215-568-4573

www.andersonkill.com

Jackie G. Taylor, Esq.
jtaylor@andersonkill.com
(267) 216-2744



By E-File

Magistrate Judge James Larson
United States District Court for the
   Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   ABM Industries, Inc. and AMPCO System Parking v.
           Zurich American Insurance Company, et. al.
           <u>U.S.D.C. Case No. C-05-3480-SBA</u>

Dear Judge Armstrong:

      We write to confirm that all counsel have agreed to a continuance of the Settlement Conference scheduled for Friday, October 27, 2006 until Wednesday, November 29, 2006 at 2 p.m.

                                                     Respectfully,

                                                     Jackie G. Taylor

JGT:ns

cc:   All Counsel on Certificate of Service