Bruce Imai, Esq. (State Bar No. 053800)
Imai, Tadlock, Keeney & Cordery, LLP
185 Berry Street, Suite 4300
San Francisco, CA 94107
Telephone: (415) 537-3930
Facsimile: (415) 537-3938

John N. Ellison, Esq. (admitted *pro hac vice*)
Jackie G. Taylor, Esq. (admitted *pro hac vice*)
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Ste. 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4573

Attorneys for Plaintiffs ABM Industries,
Inc. and AMPCO System Parking

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABM INDUSTRIES, INC. and AMPCO SYSTEM PARKING,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and CERTAIN JOHN DOE INSURANCE COMPANIES,<br><br>  Defendants. | CASE NO. C 05 3480 SBA<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST ZURICH AMERICAN INSURANCE COMPANY** |

ABM Industries, Inc. and AMPCO System Parking (hereinafter "ABM") and Zurich American Insurance Company (hereinafter "Zurich"), by their undersigned counsel, hereby stipulate and agree as follows:

1. ABM and Zurich hereby stipulate and agree that the Plaintiffs' claims solely as against Defendant Zurich are dismissed with prejudice; and

2. The parties agree that each shall bear its own costs.

WHEREFORE, the parties jointly agree that the Plaintiffs' claims solely as against Defendant Zurich be dismissed with prejudice.

ANDERSON KILL & OLICK, P.C.

By: /s/
John N. Ellison (admitted *pro hac vice*)
Jackie G. Taylor (admitted *pro hac vice*)
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4573
*Counsel for Plaintiffs, ABM Industries, Inc. and AMPCO System Parking*

Dated: October 23, 2006

SEDGWICK, DETERT, MORAN & ARNOLD, LLP

By: /s/
Bruce D. Celebrezze (I.D. No. 102181)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 627-3439
Facsimile: (415) 627-3438
*Counsel for Defendant, Zurich American Insurance Company*

Dated: October 23, 2006

APPROVED AND SO ORDERED:

/s/ Saundra B. Armstrong
Armstrong, J.

10/25/06

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that at my direction a true and correct copy of Stipulation for Voluntary Dismissal of Plaintiffs' Claims Against Zurich American Insurance Company was filed electronically on October 23, 2006, with the Clerk of Court using the ECF system which constitutes service on the following:

> Bruce D. Celebrezze, Esq.
> Michael A. Topp, Esq.
> Sedgwick, Detert, Moran & Arnold LLP
> One Market Plaza
> Steuart Tower, 8th Floor
> San Francisco, CA 94105
> **Attorneys for Zurich American Insurance Company**
>
> David J. McMahon, Esq.
> Dawn Noel Valentine, Esq.
> Barger & Wolen LLP
> 650 California Street, 9th Floor
> San Francisco, CA 94108-2713
>
> Ellen Van Meir, Esq.
> Thompson Coe
> 700 N. Peral Street, 25th Floor
> Dallas, TX 75201-2832
> **Attorneys for National Union Fire Insurance Company of Pittsburgh, PA**

Additionally, I certify that I served Stipulation for Voluntary Dismissal of Plaintiffs' Claims Against Zurich American Insurance Company, by first class mail on October 23, 2006, to the following non-ECF participant:

| | |
|---|---|
| 1 | Robert G. Levy, Esq. |
| | Kevin K. Ho, Esq. |
| 2 | Barger & Wolen LLP |
| | 650 California Street, 9th Floor |
| 3 | San Francisco, CA 94108-2713 |

Dated: October 23, 2006      By:   /s/
John N. Ellison, Esq. (admitted *pro hac vice*)
Jackie G. Taylor, Esq. (admitted *pro hac vice*)
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Ste. 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4573

- and -

Bruce Imai, Esq. (State Bar No. 053800)
Imai, Tadlock, Keeney & Cordery, LLP
185 Berry Street, Suite 4300
San Francisco, CA 94107
Telephone: (415) 537-3930
Facsimile: (415) 537-3938

Attorneys for Plaintiffs

-2-