Bruce Imai, Esq. (State Bar No. 053800)
Imai, Tadlock, Keeney & Cordery, LLP
100 Bush Street
Suite 1300
San Francisco, CA 94107

John N. Ellison, Esq.
Jackie G. Taylor, Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Ste. 2500
Philadelphia, PA 19103
Telephone: (267) 216-2700
Facsimile: (215) 568-4573

Attorneys for Plaintiffs, ABM INDUSTRIES,
INC. and AMPCO SYSTEM PARKING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABM INDUSTRIES, INC. and AMPCO SYSTEM PARKING,<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and CERTAIN JOHN DOE INSURANCE COMPANIES,<br><br>Defendants. | CASE NO. C 05 3480 SBA<br><br>STIPULATION |

## STIPULATION

ABM Industries, Inc. and AMPCO System Parking (hereinafter collectively referred to as "ABM") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") (collectively, the "Parties"), by their undersigned counsel, hereby stipulate and agree as follows:

1. ABM and National Union hereby stipulate and agree that in light of the Court's ruling on September 11, 2006 granting National Union summary judgment on ABM's breach of contract claim, ABM's claim for breach of the implied covenant of good faith and fair dealing, Count III of the Second Amended Complaint, against National Union (the "Bad Faith Claim") may fail as a matter of California law;

2. The Parties stipulate and agree that the Bad Faith Claim asserted against National Union is hereby dismissed in light of the Court's September 11, 2006 Opinion and Order;

3. The Parties stipulate that, if the U.S. Court of Appeals for the Ninth Circuit reverses the September 11, 2006 Order regarding ABM's breach of contract claim, then the Bad Faith Claim will be revived, will be a part of the above-captioned litigation again, and will be litigated by the Parties in this Court at that time along with ABM's breach of contract claim;

4. The Parties stipulate and agree that National Union will retain any defenses to the Bad Faith Claim it possesses in the event of a reversal of the breach of contract ruling and reinstatement of the Bad Faith Claim;

5. The Parties stipulate and represent that the undersigned counsel have authority to execute this Stipulation on behalf of their respective clients; and

1 | that this Stipulation represents the Parties' full agreement with respect to the Bad
2 | Faith Claim.

3

4 | ANDERSON KILL & OLICK, P.C.

5 | By: /s/
John N. Ellison, Esq.
6 | Jackie G. Taylor, Esq.
7 | 1600 Market Street, Suite 2500
Philadelphia, PA 19103
8 | Tel.: (267) 216-2700
(215) 568-4573 (fax)
9 | *Counsel for Plaintiffs, ABM Industries, Inc.*
*and AMPCO System Parking*

10 | Dated: October 23, 2006
11

12 | THOMPSON, COE, COUSINS & IRONS, L.L.P.

13

14 | By: /s/
Ellen Van Meir, Esq.
15 | 700 N. Peral Street, 25th Floor
Dallas, TX 75201-2832
16 | Tel.: (214) 871-8200
(214) 871-8209 (fax)
17 | *Counsel for Defendant, National Union Fire*
*Insurance Company of Pittsburgh, PA*

18 | Dated: October 23, 2006
19

20

21 | APPROVED AND SO ORDERED:      DATED: October 25 2006
22
23 | *[signature]*
24 | Armstrong, J.
25
26

## CERTIFICATE OF SERVICE

I hereby certify that at my direction a true and correct copy of Stipulation was filed electronically on October 23, 2006, with the Clerk of Court using the ECF system which constitutes service on the following:

Bruce D. Celebrezze, Esq.
Michael A. Topp, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
**Attorneys for Zurich American Insurance Company**

David J. McMahon, Esq.
Dawn Noel Valentine, Esq.
Barger & Wolen LLP
650 California Street, 9th Floor
San Francisco, CA 94108-2713

Ellen Van Meir, Esq.
Thompson Coe
700 N. Peral Street, 25th Floor
Dallas, TX 75201-2832
**Attorneys for National Union Fire Insurance Company of Pittsburgh, PA**

Additionally, I certify that I served Stipulation by first class mail on October 23, 2006, to the following non-ECF participant:

- 1 -

|  |  |
|---|---|
| 1 | Robert G. Levy, Esq. |
| | Kevin K. Ho, Esq. |
| 2 | Barger & Wolen LLP |
| | 650 California Street, 9th Floor |
| 3 | San Francisco, CA 94108-2713 |

Dated: October 23, 2006

By: /s/
John N. Ellison, Esq. (admitted *pro hac vice*)
Jackie G. Taylor, Esq. (admitted *pro hac vice*)
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Ste. 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4573

- and -

Bruce Imai, Esq. (State Bar No. 053800)
Imai, Tadlock, Keeney & Cordery, LLP
185 Berry Street, Suite 4300
San Francisco, CA 94107
Telephone: (415) 537-3930
Facsimile: (415) 537-3938

Attorneys for Plaintiffs

-2-