IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABM INDUSTRIES, INC. et al., | No. C 05-3480 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| ZURICH AMERICAN INSURANCE CO., et al., | |
| Defendants. | |

On September 11, 2006, this Court granted summary judgment as to Defendant National Union Fire Insurance Co. [Docket No. 87]. Plaintiff has filed a notice of appeal of that decision. On October 25, 2006, the parties stipulated to dismissal of all of Plaintiffs' claims against Defendant Zurich American Insurance Co. [Docket No. 94]. The parties also stipulated to dismissal of Plaintiffs' bad faith claim against Defendant National Union [Docket No. 95].

Accordingly, there being no issues remaining for this Court to resolve, IT IS HEREBY ORDERED THAT the clerk shall close the file. IT IS FURTHER ORDERED THAT the pre-trial conference set for November 28, 2006, and all dates associated with the conference, are VACATED. The jury trial set to begin on December 4, 2006 is also VACATED.

IT IS SO ORDERED.

Dated: 10/30/06

SAUNDRA BROWN ARMSTRONG
United States District Judge